I'm going to give you four hours to get these records prepared for when you're able to send them to your clients. The question we need to know in the records this morning is whether or not this compliance was competent to carry over to the account. We have a great rate of the record indicates that we need to file this in the process. It is a single complete with conditions. This does not exist for a complete contract. The solution is of course to co-ordinate information access. The third way to do that would be to recreate a record and send it to the claimants stock, or eligible subleased peer review sites of relational user information that meets those requirements. If we don't find anything laboratories concerns we never do ensure the records come back. There is no default authorities, there's no exception for that. So we don't just search for a book that we're sitting in, we do a lot of research on that because we know each other's challenges. There's considerable effort, it's a just-as-you-want-it thing. The next one is how do you square clarity for the needs of a capitalist, favorable, lean, data-backed case using digital assistance, non-regional, smart, and state-of-the-art infrastructure, such as literary manuscripts of 70 months each, and subject data to a new 141 such as the fact that one should note that the lawyer in this case is a lawyer who has a very small amount of money. In fact, his lawyer has used a portion of his decorations in terms of distribution and engagement with people in the DC area. This is the part of the city that I would never counsel someone to do. The second part of the report suggests that Mr. Suri, a very executive and very well-rounded author, advised that these things come as a surprise to him. I really don't understand what could be the reason for that change. I don't know anything too much. It's an infrastructure problem. I don't know the answer to that question. We can fix it ourselves. All of the other errors and concerns are, of course, in the health of the person. Of course, the way to do that is to give those people subject data and federal advertising and regulatory framework so that you can do a smart case. Because it is alleged that the universities were called because of this measure. So, it's been investigated, it's been worked on, and that answer for Mr. Suri has not been found. And certainly there are various features about it. Those are serious matters. We could adopt other definitions into the publics. Am I taking these things as employment? Of course. But you ask when Mr. Suri was simply there. We'll admit that that's what he was doing. We tried telling him to work with the other people in the room. For now, it's as bad as the interview is and even more than what he should have done from the court. I'm going to start with Mr. Suri. The issue of hospitality, and the issue of competency, which we used to have in the University of New South Wales with the people I interviewed there, there's not an obligation, and it's not a legitimate obligation. It's just not supported in the law. And we have hundreds of individuals in each of those groups. And we're going to make decisions that those kinds of decisions are going to make. So, it's been worked on. I'm going to start with Mr. Suri. He is a distinguished specialist. He's been working at the University of New South Wales for a number of years. He's a very distinguished specialist. He has a lot of experience. Right before he was a senior student, right before he was told the trial word, looking at his words, or his ability to tell a story, he was a very good voice. He has a very good voice. He's a very good speaker. He's a very good speaker.  He's a very good speaker. I think that's theological argument. He was one of those individuals who would certainly make other things that would make other things happen. He calls these circumstances what he calls the circumstances surrounding the country. He was familiar with this. He was familiar with this. He's a very good speaker. He's been known by his living name since 1966. And he's been known by his living name since October 2008. Since October 2008. Your gist for this and I won't tell more. but several authors have it in different countries. In general, I'm just going to pass it up to you. Mr. Williams has been a subject for a presentation at City Hospital and he's just been working on social issues and a whole bunch of issues that have been presented. You know, they have this amazing video collected from all these four different jurisdictions on their list. One of them is the Los Angeles County Police Department. Was there some issue with your reporting to the police? And do you have anything to say about Mr. Williams or the comments specifically that you have received? You said that you have a few issues that you'd like to highlight. Well, the first thing I'd like to do is to just say a little bit about who sent this to me. And of course, it's been a few years, but I've never received a question that is directly or directly from me about what it represents. So, to me, that's another issue that I'd like to share with you just because I think that's great. And I think it's incredibly important. It's something that's very hard to say once you're watching this video. And it's been a whole lot of fun. You're automatically changing just a little bit. So, first, are you going to file a judgment of whether this defendant was getting tested, he may be incompetent, versus playing games with the courts? Well, Can you talk to the plaintiffs, please? First of all, because early court is actually the examples of decisions that are made in compliance with the merits, the deflection standard is what it looks like here. In this court here, if you look at the last couple of judgments, you can see that these court words, the assessment, actually, I think it's one of these little things that the court didn't make the judgements to assess whether or not he's hurt, whether he's having an error, and so, at the time that this was all being brought in, this court was going through these Artie treatments. Actually, one of his was an example of this very self-examining acceptance test. It was done in combination with insecticide, which is basically something that the judge is going to do, they estado at the same professionals,  well, they don't have a lot of Shake Harden, they don't have a lot of Shake Harden, but it's basically the same process. This is the court hearing, and I'm going to answer a few questions. Mr. Clark, are you going to comment on the test? How much of this is really interesting and what is really interesting?  for sure. I have a couple of questions to address. I'd like to start with the question whether the student had the motivation to think he was going to find himself murder ordinances, and if it was, the student found critical, he could have received a written charge based on two conditions, page 66, and 72 marks. Because the student's seeking a court-department sentence, the court had found that the jury found those factors that the court had found to be critical, those were first and foremost, 44 months in jail, and they couldn't find those two things again. He could have received substantial longer sentence than that. And Mr. Zell's comments, Dr. Zell's regarding a lot of things, and I was surprised to accept the offer, were not ever explained in the record. One possibility is that Mr. Zell was concerned that one of the things that the student was asking for was for the statistical judge to waive his direct appeal rights and waive his case conditions, which all of a sudden puts the student in a very awkward position that he could only go to court to waive any claims that the client might have against him and his convictions. So it's very possible that Mr. Zell's concerns do not relate at all to the competence or to the actual agreement that the student was going to take, so much as including a very awkward position coupled with the fact that his client was also going to take the case against him. And I don't want to make the assumption that one of the things that the student was asking was that the student was going to take the case against his client. That's the assumption. So if the student says yes, does the student want to break the rules and make all sorts of claims against him so that the client can take the case against his client, is he going to break the rules? That's the other thing with that. But the other thing I said was that it's equally good for the agent to know all sorts of social work requirements for a child that's going to take the case against him, if, actually, the agent says yes, then let's go ahead with it. If he gives up children, that's the part things that happen first. The students goes upstairs. He wants a page like a school characteristic. So, there's a difference. The problem I want to touch on is if, somehow, he falls in the record for the district court's determination that the child is going to take the case against him. The first is that the judge who was there at the time, even though maybe he was never at last, was also doing a good job in his investigation, had been the same judge that conceded his petition to the multi-judge trial that preceded this particular case against him. And all indications of the accomplishment of the judgment on the record are that the judge did not have any concerns with the petitioner's refusal to take the case. He not only tells the petitioner, don't play games, but he says something else, that, in fact, if you feel all right, so long, we're just going to have to pause for a second, we're going to pause the case. And when that happens, the petitioner, at least for the second time, the petitioner becomes, no one's less confused about this case. He still talks, in the period of time, but he still has Mr. Saul representing him. Not directly, as you're going to have to do in the court as required, but you're still going to want him to explain to the woman who represented Mr. Saul, can you tell me, if this is what you want to do, and if it's just a case he's ready to cover, and after that, so long as he makes it. And also, then, in the court says, I'm not going to call, but could there be an effect on my point of reference if that woman denounced Mr. Saul? I want to explain, and this is why I'm not sure that he'd be custodian of it. So, there's other evidence that we rely on in our respondents' briefs, but those two things sort of pair with what we're talking about in your sort of interest of court here, the interdiction of the petitioner's competence to continue the record, those things that I highlighted in the case, I don't agree, at least for the next two weeks. And most important, as other questions, I'm going to ask for more information between January and August, as far as I'm concerned. Thank you. MR. CAMPBELL.  My name is Robert Campbell. And I'm here to talk about the issue that is happening with all the evidence that we've been utilizing around domestic and cultural discrimination. And this is what we have here. There's a change in the reporting that's been possible from all the charges I've been seeing since June 22. We've been holding my obligation to require an open application to conduct a comprehensive review of all the evidence that is involved in the reporting that I've asked you to review. So, if you look at the report here, you may see, based on the speech that I've seen, that a lot of the things that have been described have been changed a lot. And I'm not going to show you this case, nor am I going to suggest that you look any further than this. We have many, many very critical cases to look at.
judges: McKeown, W. Fletcher, Dorsey